1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

**LARRY BAILEY-BANKS,**

Petitioner,

**v.**

**W.L. MONTGOMERY,**

Respondent.

1:15-cv-01839 AWI MJS HC

**ORDER DENYING, WITHOUT PREJUDICE, MOTION REQUESTING DISCOVERY**

(Doc. 19)

19    Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas

20  corpus pursuant to 28 U.S.C. § 2254. On April 14, 2016, Petitioner moved the Court for

21  an order authorizing discovery. (ECF No. 19.) Petitioner claims that the prosecution

22  failed to provide evidence that a co-defendant was given a favorable plea-agreement as

23  an inducement to discourage him from testifying on Petitioner's behalf. Petitioner wishes

24  to conduct discovery to obtain evidence supporting the allegation.

25    This Court, in reviewing Petitioner's claims and determining if the state court

26  decision was reasonable, may only rely upon the record before the state court. See

27  Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011) ("We now hold that review under §

28  2254(d)(1) is limited to the record that was before the state court that adjudicated the

1

claim on the merits."). As such, further discovery is not warranted at this time as the Court may not examine evidence not before the state court in its initial review of Petitioner's claims. If, upon substantive review of the petition, the Court determines that discovery is necessary, it will provide Petitioner the opportunity to obtain the discovery.

It is hereby ordered that Petitioner's motion requesting discovery be DENIED without prejudice.

IT IS SO ORDERED.

Dated:   March 6, 2017                          /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE